JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALEJANDRO BARRIOS,<br><br>　　　Petitioner,<br><br>v.<br><br>T. CISNEROS,<br><br>　　　Respondent. | Case No. 5:21-cv-02031-SB-LAL<br><br>JUDGMENT |

　　Pursuant to the Order Adopting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

Date: May 10, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1